DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS EDUARDO ALVAREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2420

[July 18, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert Fabian Diaz, Judge; L.T. Case No. 22005455MM10A.

Gordon Weekes, Public Defender, and Bernadette Guerra, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***